**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | |
|---|---|
| Rebecca Jean Clayton, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Carolyn W. Colvin, Commissioner )<br>of Social Security, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No.: 4:15-cv-2266-TLW |

## **ORDER**

On September 30, 2016, Rebecca Jean Clayton ("Plaintiff") filed a Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 29. The motion seeks reimbursement for counsel's fees in the above-captioned matter in the amount of $4,847.04. *Id.* On October 17, 2016, the parties filed a Stipulation for an Award of Attorney's Fees Pursuant to the EAJA, whereby the Commissioner and Plaintiff agree that the Commissioner shall award Plaintiff $4,000.00 in attorney's fees and $23.04 in expenses. ECF No. 30.

Having reviewed the file and being fully advised, the Court hereby **ORDERS** that the Stipulation for an Award of Attorney Fees Pursuant to the EAJA is **APPROVED**, and the Commissioner is ordered to award Plaintiff $4,000.00 in attorney's fees and $23.04 in expenses. Although the EAJA fee award should be paid to Plaintiff rather than to her attorney pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check itself should be mailed directly to Plaintiff's attorney. However, an EAJA attorney's fees award is payable to the litigant and, therefore, is subject to an offset to satisfy the litigant's pre-existing debt to the Government. *Id.* at 594.

**IT IS SO ORDERED.**

                                                  s/*Terry L. Wooten*  
                                                  TERRY L. WOOTEN  
                                                  Chief United States District Judge

October 21, 2016  
Columbia, South Carolina